UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

September 12, 2023
DATE OF PROCEEDINGS

JUDGE ROBERT B. KUGLER

COURT REPORTER:   SHARON RICCI

Docket #     CR. 22-35-1 (RBK)

TITLE OF CASE:
UNITED STATES OF AMERICA
      v.

KAIVAL PATEL
    **PRESENT**

APPEARANCES:
David Walk, AUSA, and Denae Thomas, AUSA, for Govt.
Robert Stahl, Esq., and Laura Gasiorowski, Esq., for Defendant Kaival Patel


NATURE OF PROCEEDINGS:   HEARING ON [62] MOTION TO DISMISS

Hearing on [62] Motion to Dismiss held on the record.
Ordered [62] Motion to Dismiss denied.
Ordered [62] Motion for Bill of Particulars denied without prejudice.
Order to issue.

Ordered hearing set for September 28, 2023 at 10:00AM.


Time commenced: 10:30a.m.    Time Adjourned: 11:00a.m.    Total Time: 0:30

                                        s/Lawrence MacStravic
                                        DEPUTY CLERK