IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>      v.<br><br>KAIVAL PATEL,<br><br>      Defendant. | Crim. No. 22-0035 (RBK)<br><br>**ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Defendant Kaival Patel's Motion to Dismiss Count One of the Indictment, or in the Alternative, Motion for Bill of Particulars (ECF No. 62); for the reasons expressed on the record during the hearing held on September 12, 2023;

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (ECF No. 62) is **DENIED**, and the Defendant's Motion for Bill of Particulars (ECF No. 62) is also **DENIED WITHOUT PREJUDICE**. An additional hearing is scheduled for Thursday, September 28, 2023.

Dated: 9/12/2023

ROBERT B. KUGLER
United States District Judge

1