# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-35 (RBK) |
| v. | |
| KAIVAL PATEL | ORDER FOR CONTINUANCE |

It is the findings of this Court that this matter should be continued:

1. The defendant has consented to this continuance.

2. Trial in this matter has been set to commence on November 27, 2023.

3. This case is an unusual and complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii) and (iii), in light of the number of charges and the nature of the prosecution. More time is needed to adequately prepare for trial.

4. The discovery in the case is voluminous and additional time is necessary to ensure that, taking into account the exercise of diligence, counsel have sufficient time to review and inspect discovery in advance of trial.

5. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii), (iii), and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

1

IT IS, therefore, on this __23d__ day of __October__, 2023,

(1)     ORDERED that this action be, and hereby is, continued until November 27, 2023; and it is further

(2)     ORDERED that the period from the date of this order through November 27, 2023 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

 

_____
HONORABLE ROBERT B. KUGLER
United States District Judge

2