# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                            )<br>)<br>KAIVAL PATEL                )    | Criminal No.: 22-cr-35 (ESK) |

    This matter came before the Court on the joint application of the United States, by Vikas Khana, Acting United States Attorney for the District of New Jersey (Mark E. Coyne, Assistant United States Attorney and Chief, Appeals Division, appearing) and the defendant, Kaival Patel, by his attorney, Amy Luria, Esq., for a colloquy concerning the parties' February 26, 2025 written agreement that Mr. Patel and the Government would waive their rights to appeal the judgment of conviction and sentence in this case and that the parties would dismiss with prejudice and without costs their respective appeals from that judgment.

    The Court conducted the requested colloquy of Mr. Patel under oath on Friday, February 28, 2025, and found on the record that Mr. Patel understands the agreement, voluntarily agreed to its terms and is voluntarily waiving his right to appeal his conviction and sentence. Specially, Mr. Patel confirmed that:

1. He is knowingly and voluntarily waiving his right to appeal his judgment of conviction and sentence in this case.

2. He will dismiss with prejudice and without costs his pending appeal from that judgment.

3. He signed the agreement and is taking these steps willingly; no one forced him to do so.

4. The United States will similarly dismiss its cross-appeal from the same judgment.

5. He had sufficient opportunity to consult with his counsel about whether to enter into the agreement, waive his right to appeal his conviction and sentence and dismiss his appeal with prejudice.

6. He is satisfied with his counsel's advice.

7. He signed the February 26, 2025 agreement knowingly and voluntarily.

The Court further finds that, based upon Mr. Patel's demeanor, the clarity of his responses to the Court's questions during the colloquy, and the Court's observations of him throughout this case, Mr. Patel entered into February 26, 2025 agreement knowingly and voluntarily, and he has knowingly and voluntarily waived his right to appeal his conviction and sentence.

SO ORDERED this __28th__ day of _____February_____, 2025.

                                                   ____/s/ *Edward S. Kie*l___
                                                   Honorable Edward S. Kiel
                                                   United States District Judge